AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| United States of America<br>v.<br><br>LEONTEY KIAH<br><br>*Defendant(s)* | )<br>)<br>) Case No. 13-56 SKG<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____September 1, 2012_____ in the county of _____Baltimore City_____ in the _____ District of _____Maryland_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 922(g)(1) | Possession of a firearm by a previously-convicted person |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

TFO/Det. Phoenix Jenifer, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___01/09/2012___

_____
*Judge's signature*

City and state: _____Baltimore, Maryland_____   Hon. Susan K. Gauvey, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Phoenix Jenifer, a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives, having conducted an investigation, am aware of the following facts:

1. I have been a sworn Baltimore City Police officer for thirteen years and hold the rank of detective. I have received training in firearms, narcotics and other investigative techniques through HIDTA, the Drug Enforcement Administration, the Maryland State Police Top Gun undercover school, and other facilities. Since March 2012, I have been a deputized Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives. In that capacity, I investigate matters related to alleged violations of federal firearms and narcotics laws and other crimes.

2. I make this affidavit in support of a criminal complaint charging the defendant Leontey Kiah with possession of a firearm by a previously convicted felon, in violation of 18 U.S.C. § 922(g)(1). The information contained in this affidavit is based on information I have obtained from other law enforcement officers, investigative reports, and other investigation. I have not included all of the information relevant to the investigation in this affidavit but I do not believe that I have omitted any information that would have a tendency to defeat a showing of probable cause.

3. On September 1, 2012, Baltimore City Police officers observed two males on the street near 443 East Lorraine Avenue, Baltimore City, Maryland. One of the males was the defendant, Leontey Kiah. Kiah was holding his waistband in a manner consistent with characteristics of an armed person, as if Kiah might be concealing a firearm. The officers exited their vehicle and approached Kiah and the other male. The other male ran away and was not located.

4. Kiah began to bang on the door to 443 East Lorraine. One of the officers approached him, and that officer observed that Kiah ~~was armed with a handgun~~ was still displaying the characteristics of an armed person. The officer attempted to apprehend Kiah, who was able to force the door open and push past a civilian, with the gun ~~still~~ in Kiah's hand. The defendant entered the residence.

5. The officers followed the defendant into the residence due to the public safety issue. Kiah made his way to the stairs and was running toward the second floor when he turned, faced the officers and pointed the firearm at the officers. Two of the officers discharged their firearms and struck the defendant. The defendant was treated for his injuries.

6. The firearm was recovered and identified as a Glock 10mm caliber pistol with an obliterated serial number. The weapon was loaded.

7. Examination of the firearm indicates that it is constitutes a "firearm" capable of expelling a projectile by the action of an explosive. The firearm was manufactured outside the state of Maryland and therefore affected interstate commerce prior to its recovery in this state. Prior to September 1, 2012, the defendant had been convicted of a crime punishable by a term of imprisonment exceeding one year.

_____
TFO Phoenix Jenifer
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to and subscribed before me
This _10_ th day of January 2013 at Baltimore, Maryland

_____
Honorable Susan K. Gauvey
United States Magistrate Judge
District of Maryland